COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Dorwan Gene Vizzier
Broussard, Halcomb & Vizzier
P. O. Box 11875
Alexandria LA 71315

Judgment on rehearing rendered and mailed to all parties or counsel of record on **August 1, 2018**.

**REHEARING ACTION: August 1, 2018**

**Docket Number: CA 18-0073 consolidated with CA 18-0074 & CA 18-0075**

**GAYNELWYN SONNIER
VERSUS
STATE OF LOUISIANA, DEPARTMENT
OF TRANSPORTATION AND DEVELOPMENT**

**Appealed from Allen Parish Case No. C-2007-190 c/w C-2007-186, c/w C-2007-188**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gaynelwyn Sonnier** has this day been

**DENIED.**

cc: Stacey Allen Moak, Counsel for the Appellee
    Hon. Judi F. Abrusley, Counsel for the Appellee
    Frank Alton Granger, Counsel for the Appellee